1210

No. 87–6966. KING v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6968. FOSTER v. WELLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–6969. CLINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–6971. ARCIDIACONO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6976. PATTERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–1200. BOARD OF TRUSTEES OF ALABAMA STATE UNIVERSITY ET AL. v. AUBURN UNIVERSITY ET AL. C. A. 11th Cir. Motion of respondent Auburn University to strike reply brief denied. Certiorari denied.

No. 87–1532. ARMONTROUT, WARDEN v. LITTLE. C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 87–1785. MAYO CLINIC ET AL. v. HUGHES ET VIR. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–1786. CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES JOINT APPRENTICESHIP AND TRAINING COMMITTEE AND TRAINING BOARD v. ELDREDGE. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.